**Order entered February 7, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00867-CR

**WILFRED JOSEPH LEGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-20692-H**

## ORDER

On January 3, 2023, we abated this case for the trial court to make findings of fact and conclusions of law regarding the voluntariness of appellant's statement to law enforcement. On January 13, 2023, we received a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Accordingly, we **REINSTATE** this appeal. The State's brief is due **MARCH 9, 2023**.

The website of the Dallas County District Clerk shows the trial court signed the certification of defendant's right of appeal on January 25, 2023, but the certification has not yet been filed in this Court. Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk to file a supplemental clerk's record containing the trial court's certification of defendant's right of appeal within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE